**Order entered April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER

Appellant has filed a motion to review the trial court's order sustaining the contest to his affidavit of indigence. We **ORDER** Elizabeth Griffin, Official Court Reporter of the 302nd Judicial District Court, to file, by **5:00 P.M. ON APRIL 22, 2016**, a reporter's record of the hearing on the contest. *See* TEX. R. APP. P. 20.1(j)(1), (3). We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **BY 5:00 P.M. ON APRIL 22, 2016**, a clerk's record containing the affidavit of indigence, all contests, any response to the contest(s), any other documents filed in support or opposition to the affidavit, any order extending the time to conduct a hearing on the contest, and the trial court's order sustaining the contest. *See id*. No extensions will be granted.

We **DIRECT** the Clerk of this Court to send copies of this order to the Honorable Tena Callahan, Presiding Judge, 302nd Judicial District Court, Ms. Ogden, Ms. Pitre, and all parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE